# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PENN EAST FEDERAL CREDIT UNION, | : | Civil No. 3:20-CV-00204 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DISCOVER FINANCIAL SERVICES, INC. and YASMINE MINKOMAMBO, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 13th day of July, 2020, for the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. The motion to dismiss filed by Defendant Discover Financial Services, Inc. (Doc. 3) is **GRANTED**.

2. Plaintiff's conversion and unjust enrichment claims against Discover are **DISMISSED WITH PREJUDICE**.

3. Plaintiff's fraud claim against Discover is **DISMISSED WITHOUT PREJUDICE**.

4. Plaintiff shall file an amended complaint in accordance with this order and the accompanying memorandum on or before **August 3, 2020**.

                                                s/Jennifer P. Wilson
                                                JENNIFER P. WILSON
                                                United States District Court Judge
                                                Middle District of Pennsylvania